UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN K. ZESTOS,

        Plaintiff,

                                    Case Number 09-10644
v.                                       Honorable Thomas L. Ludington

FIRST MORTGAGE LOAN SERVICING,

        Defendant.
_____/

## **ORDER DENYING MOTION FOR CONTINUANCE**

On July 17, 2009, the Court dismissed Plaintiff John K. Zestos's complaint sua sponte for lack of subject matter jurisdiction. [Dkt. # 14]. Thereafter, Plaintiff filed three pleadings, each seeking reconsideration of that decision. [Dkt. # 19, 20, 22]. On July 31, 2009, the Court denied the application for reconsideration, reasoning that Plaintiff had not demonstrated good cause for not filing a proposed amended complaint in a timely fashion. [Dkt. # 21]. On July 30, 2009, Plaintiff filed a "request" for reconsideration, which indicated that he has retained counsel. [Dkt. # 22]. The request was denied on August 10, 2009. [Dkt. # 23].

Six months later, on February 17, 2010, Plaintiff filed a "motion for continuance." [Dkt. # 24]. Notwithstanding the motion's title, it appears to be yet another request for reconsideration of the July 17 order dismissing the complaint. This case has been closed for more than six months, and several motions for reconsideration have already been denied. *See Fleck v. Titan Tire Corp.,* 177 F. Supp. 2d 605, 624 (E.D. Mich. 2001) ("[T]he court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication."). Those decisions will not be revisited.

Accordingly, it is **ORDERED** that Plaintiff's motion for continuance [Dkt. # 24] is **DENIED**.

                                           s/Thomas L. Ludington
                                           THOMAS L. LUDINGTON
                                           United States District Judge

Dated: March 1, 2010

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 1, 2010.

                               s/Tracy A. Jacobs
                               TRACY A. JACOBS